**2006–2081. State ex rel. Griffin v. Smith.**
In Mandamus. On relator's motions for default judgment, judgment on the pleadings, summary judgment, injunctive relief, sanctions, and damages and motion alleging unauthorized practice of law. On S.Ct.Prac.R. X(5) determination, cause dismissed. All motions denied as moot.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2006–2114. State ex rel. Vince v. Fuerst.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2006–2130. State ex rel. Yeager v. Slaby.**
In Mandamus and Prohibition. On relator's motion for leave to waive requirement of Civ.R. 36(A) and respondents' motions to dismiss and to strike first request for production of documents. Motion to dismiss granted. Motions for leave and to strike denied as moot. Cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2006–2144. Gregory v. Wilson.**
In Habeas Corpus. On petition for writ of habeas corpus of David A. Gregory Jr. Sua sponte, cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2006–2145. Campbell v. Wilson.**
In Habeas Corpus. On petition for writ of habeas corpus of Robert E. Campbell. Sua sponte, cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2006–2153. Martin v. Wolfe.**
In Habeas Corpus. On petition for writ of habeas corpus of Michael Martin III. Sua sponte, cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2006–2159. Amstutz v. Eberlin.**
In Habeas Corpus. On petition for writ of habeas corpus of Ricky L. Amstutz and petitioner's motion to allow petition for writ of habeas corpus.
Sua sponte, cause dismissed. Motion to allow petition denied as moot.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2006–2162. King v. Am. Std. Ins. Co. of Ohio.**
Lucas App. No. L–06–1306, 2006-Ohio-5774. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.
PFEIFER, O'CONNOR, LANZINGER and BRYANT, JJ., concur.
MOYER, C.J., LUNDBERG STRATTON and O'DONNELL, JJ., dissent.
PEGGY BRYANT, J., of the Tenth Appellate District, sitting for CUPP, J.

**2006–2195. Moore v. Lamneck.**
In Habeas Corpus. On petition for writ of habeas corpus of Elton Moore. Sua sponte, cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2006–2197. Price v. Hassinger.**
In Habeas Corpus. On petition for writ of habeas corpus of Russell R. Price Jr. and respondent's motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2006–2236. Sandlin v. Saunders.**
In Habeas Corpus. On petition for writ of habeas corpus of Nicholas Sandlin. Sua sponte, cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.